## Mandel, Appellant, *v.* Churchill Development Corporation.

Argued November 11, 1971.   *Robert W. Baldridge,* for appellant; *Richard P. Jacob,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

## Passon *v.* Bailey, Appellant.

Argued September 14, 1971.  *Gerald Alch,* with him *F. Emmett Fitzpatrick, Jr.,* for appellant; *Joseph I. Passon,* with him *Morris Passon, Leon H. Fox, Jr.,* and *Fox & Fox,* for appellee.

Order affirmed.

## Yankie *v.* Helm, Appellant.

Argued September 17, 1971.   *William D. March,* for appellant; *John M. Gallagher, Jr.,* with him *Richard, Brian, DiSanti & Hamilton,* for appellee.

Judgment affirmed.